CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 16 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonado
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERNEST SMITH, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:08-cv-00135 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY O'BRIEN, et al., | ) | |
| | ) | By: Hon. Jackson L. Kiser |
| Respondents. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that respondents' motion to dismiss is **GRANTED**; the above referenced petition, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and this action is **STRICKEN** from the active docket of this court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to counsel of record for respondents and to petitioner.

**ENTER:** This 16th day of April, 2008.

Senior United States District Judge